UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLADYS MUSIC; WARNER BROS.,
INC.; SOMERSET SONGS PUBLISHING,
INC.; and FAMOUS MUSIC CORPORATION,

                             NO. CIV. S-05-1398 LKK/DAD

       Plaintiffs,

  v.                              O R D E R

CHARLES EDWARD FISH,

       Defendant.

_____/

    Pursuant to court order, a Status Conference is currently set for September 12, 2005, in the above-captioned case.  The court's Order Setting Status Conference provides that each party shall file a status report not later than ten days preceding the Conference. On August 22, 2005, plaintiffs and defendant filed a stipulation to extend until September 8, 2005, defendant's time to respond to the complaint.  Defendant has neither timely responded to the complaint nor filed a status report.

////

1

1     Accordingly, the court hereby ORDER as follows:

2     1.  Counsel for defendant is hereby ORDERED to SHOW CAUSE in

3  writing within five (5) days why default should not be entered for

4  failure to defend;

5     2.  Counsel for defendant is further ORDERED to SHOW CAUSE

6  in writing within five (5) days why sanctions in the amount of One

7  Hundred Fifty Dollars ($150.00) should not issue for his failure

8  to timely file a status report; and

9     3.  Should the court not direct that default be entered, the

10  Status Conference currently set for September 12, 2005 is CONTINUED

11  to October 24, 2005 at 2:30 p.m.  Counsel for defendant SHALL file

12  a status report not later than ten days preceding the conference.

13     IT IS SO ORDERED.

14     DATED:  September 9, 2005

15               /s/Lawrence K. Karlton
                    LAWRENCE K. KARLTON

16                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26