```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   GLADYS MUSIC; WARNER BROS.,
     INC.; SOMERSET SONGS PUBLISHING,
12   INC.; and FAMOUS MUSIC CORPORATION,
                                                  NO. CIV. S-05-1398 LKK/DAD
13            Plaintiffs,
14       v.                                       ORDER SANCTIONING COUNSEL
                                                  AND ORDER RE DISPOSAL
15                                                DOCUMENTS AFTER
     CHARLES EDWARD FISH,                         NOTIFICATION OF SETTLEMENT
16
              Defendant.
17                                        /
```

Counsel for plaintiffs has informed the court that the parties have settled the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

All hearing dates heretofore set in this matter are hereby **VACATED**.

On September 9, 2005, the court ordered counsel for defendant Charles Edward Fish to show cause why sanctions should not be imposed for his failure to timely file a status report.  Counsel

1

1 has failed to responded to the order to show cause.  No good cause
2 being shown, counsel for defendant is SANCTIONED in the amount of
3 one hundred and fifty ($150.00) dollars.  This sum shall be paid
4 to the Clerk of the Court no later than thirty (30) days from the
5 effective date of this order.  Counsel shall file an affidavit
6 accompanying the payment of this sanction which states that it is
7 paid personally by counsel, out of personal funds, and is not and
8 will not be billed, directly or indirectly, to the client or in any
9 way made the responsibility of the client as attorneys' fees or
10 costs.
11     IT IS SO ORDERED.
12     DATED: September 21, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2