UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GLADYS MUSIC; WARNER BROS.,
INC.; SOMERSET SONGS PUBLISHING,
INC.; and FAMOUS MUSIC CORPORATION,

        NO. CIV. S-05-1398 LKK/DAD

    Plaintiffs,

  v.                            O R D E R

CHARLES EDWARD FISH,

    Defendant.
_____/

    The court is in receipt of defense counsel's request to reconsider imposition of sanctions. The court has reviewed the request.

    Counsel provides no adequate explanation for the failure to file an answer and a status report. "[A] party who ignores any case management deadline does so at his own peril." Rushing v. Kansas City Southern Railway, 185 F.3d 496, 508 (5th Cir. 1999); cf. McKinnon v. Kwong Wah Restaurant, 84 F.3d 498, 504 (1st Cir. 1996) (where counsel was "aware of the pending legal problem, but

1 hoped that it 'would all go away,'" counsel did not demonstrate
2 excusable neglect).
3     No good cause being shown, the request is DENIED.  The court's
4 order imposing sanctions is CONFIRMED.
5     IT IS SO ORDERED.
6     DATED:  September 27, 2005

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT