```
Forrest Plant, Jr. – SBN 072266
Goldsberry, Freeman, Guzman & Ditora, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
(916) 448-0448; fax (916) 448-8628
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADYS MUSIC, WARNER BROS., INC., SOMERSET SONGS PUBLISHING, INC., and FAMOUS MUSIC CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES EDWARD FISH,<br><br>Defendants. | Case No. 2:05-CV-01398-LKK-DAD<br><br>STIPULATION FOR SETTLEMENT AND ENTRY OF JUDGMENT IN THE EVENT OF DEFAULT |

IT IS HEREBY STIPULATED by and between Plaintiffs Gladys Music, Warner Bros., Inc., Somerset Songs Publishing, Inc., and Famous Music Corporation (hereinafter "Plaintiffs") and Charles Edward Fish (hereinafter "Defendant") as follows:

1.  Defendant stipulates that Defendant shall pay to ASCAP, on behalf of Plaintiffs, the sum of Five Thousand Dollars ($5,000.00) in settlement of certain claims of ASCAP and its members. The Defendant shall pay the settlement amount by an initial payment of $833.34 by no later than September 15, 2005 and a payment $833.33 on the first day of each month thereafter, beginning on October 1, 2005, and ending on February 1, 2006.

2. This Stipulation is in settlement of all claims and causes of action by Plaintiffs against Defendant for infringements of copyrights by unauthorized non-dramatic public performances of Plaintiffs' copyrighted works, whether known or unknown, including, without limitation, the specific claims and causes of action as alleged in the complaint on file herein. Plaintiffs release all such claims and further waive the provisions of California Civil Code section 1542 which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

3. Contemporaneously with the execution of this Stipulation, ASCAP shall provide to Defendant a license agreement for the establishment known as the Sandtrap Lounge in Rancho Cordova, California, which will cover the one-year period commencing March 15, 2005. Defendant shall accept and execute said license agreement and comply with all terms and conditions of that license agreement. License fees due under such license agreement shall be paid immediately and are in addition to the settlement amount referred to above.

4. Failure of Defendant to make the payment on the date set forth in Paragraph 1 above will constitute a default of Defendant's obligations under this stipulation and will entitle Plaintiffs to judgment as hereinafter set forth.

5. In the event of any default or other occurrence upon which judgment may be entered, as set forth above, and upon seven days' written notice from ASCAP to Defendant's attorney Patrick McCarthy, judgment shall be entered against Defendants in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) less the amount of any payment made pursuant to paragraph 1 above.

6.   This action shall be dismissed with prejudice, subject to the right of Plaintiffs to move the court for an order reopening the action and entering judgment as provided in Paragraph 5 above.

**IT IS SO STIPULATED.**

Defendant:

Dated: _9/13/05_

*Charles Edward Fish* (signature)
CHARLES EDWARD FISH

**Plaintiffs:**

GLADYS MUSIC, et al.

Dated: _9/20/05_

By: _(signature)_
RICHARD REIMER
ASCAP Vice-President, Legal Services

**APPROVED AS TO FORM:**

Dated: _9/21/05_

Goldsberry, Freeman, Guzman & Ditora, LLP

By: _(signature)_
FORREST PLANT, JR.
Attorneys for Plaintiffs

Dated: _9/13/05_

By: _(signature)_
PATRICK McCARTHY
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: _9/27/05_

_(signature)_
UNITED STATES DISTRICT COURT JUDGE

3

TITLE OF DOCUMENT